IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01427-BNB

LOREN RICHIE LUSERO,

Plaintiff,

v.

CELESTE M. C. DE BACA, (Board Member) (Colorado Board of Parole),
DAVID L. MICHAUD, (Chairman) (Colorado Board of Parole),
HUNTER, (Case Manager),
ROBERTS, (Case Manager), and
SUSAN JONES, (Warden) of Colorado State Penitentiary,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Loren Richie Lusero, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Colorado State

Penitentiary in Cañon City, Colorado.  Mr. Lusero filed *pro se* a Prisoner Complaint

pursuant to 42 U.S.C. §§ 1981, 1983, 1985, and 1988, and 28 U.S.C. §§ 1331,

1343(a)(4), 1346, 2201, and 2202, asking for money damages and unspecified

declaratory and injunctive relief.  He was granted leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

On July 29, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Lusero to file

within thirty days an amended complaint that complied with the pleading requirements

of Rule 8 of the Federal Rules of Civil Procedure.  In an August 18, 2008, minute

order, Magistrate Judge Boland waived for now the requirement in the July 29 order

that Mr. Lusero submit sufficient service copies of the amended complaint. The August 18 minute order reminded Mr. Lusero that he continued to have thirty days from the July 29 order in which to submit an amended complaint that complied with the remaining directives of the July 29 order. The August 18 minute order also reminded Mr. Lusero that if he failed to comply with the remaining directives of the July 29 order within the time allowed, the complaint and the instant action would be dismissed.

Mr. Lusero has failed within the time allowed to comply with the remaining directives of the July 29, 2008, order for an amended complaint or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure within the time allowed to comply with the July 29, 2008, order for an amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this _11_ day of _____ Sept. _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01427-BNB

Loren R. Lusero
Prisoner No. 124354
CSP  – C8-28
PO Box 777
Cañon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk